Case 2:22-cv-11000-GAD-JJCG   ECF No. 3, PageID.44   Filed 05/11/22   Page 1 of 2

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan ▼

| | |
|---|---|
| CONNIE T. JACKSON </br></br> *Plaintiff(s)* </br> v. </br> AUTO CLUB SERVICES, INC., a Michigan Corporation and MATTHEW MEEKS, in his individual and representative capacity, </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) </br> Civil Action No.  22-CV-11000 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Auto Club Services, Inc.
c/o CT Corporation System
40600 Ann Arbor Rd., E. Suite 201
Plymouth, Michigan 48170

FILED
MAY 11 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Connie T. Jackson
1978 Barrett Knoll Circle NW
Kennesaw, GA 30152

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/11/2022                              *Signature of Clerk or Deputy Clerk*